# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR251 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MANUEL CUBILLOS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion (Filing No. 21) to strike Filing Numbers 19 and 20.

**IT IS ORDERED:**

The defendant's motion (Filing No. 21) is denied.  However,

**IT IS FURTHER ORDERED:**

The Clerk is directed to seal Filing Number 20 forthwith.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge