# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:05CR251 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MANUEL CUBILLOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of defendant Manuel Cubillos (Cubillos) to withdraw his motion to suppress (Filing No. 24). The motion to withdraw (Filing No. 24) is granted and the clerk shall term Cubillos' motion to suppress (Filing No. 17) on the docket.

**IT IS SO ORDERED.**

DATED this 8th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge