IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MANUEL CUBILLOS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to strike filings 84 and 85 (Filing No. 86) and motion for a new trial (Filing No. 87). The Court has also considered the brief supporting the motion for new trial (Filing No. 88).

After careful consideration,

IT IS ORDERED:

1. The Defendant's motion to strike (Filing No. 86) is granted;

2. The Defendant's motion for a new trial (Filing No. 84) and supporting brief (Filing No. 85) shall be stricken; and

3. The Defendant's motion for a new trial (Filing No. 87) is denied.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge